**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC.,<br>UNILOC LUXEMBOURG, S.A., and<br>UNILOC 2017 LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>HUAWEI DEVICE USA, INC. and<br>HUAWEI DEVICE CO. LTD.,<br><br>      Defendants. | Civil Action No.   2:18-cv-00074-JRG-RSP |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, Uniloc USA, Inc., Uniloc Luxembourg, S.A., and Uniloc 2017 LLC (together, "Uniloc"), and Defendants, Huawei Device USA, Inc. and Huawei Device Co. Ltd. (together, "Huawei"), have agreed to settle the above matter, and therefore jointly move under Federal Rule of Civil Procedure 41(a)(2) to dismiss with prejudice all claims and counterclaims between the parties, except the dismissal is without prejudice to Uniloc's right to appeal the Claim Construction Memorandum Opinion and Order, Dkt. No. 53, ("Order"), entered April 5, 2019. Uniloc and Huawei shall each bear their own attorney fees, expenses, and costs.  All other relief requested between the parties should be denied as moot.

Date:  July 9, 2019

Respectfully submitted,

*/s/ James J. Foster*
Paul J. Hayes
James J. Foster
Kevin Gannon
Aaron S. Jacobs
PRINCE LOBEL TYE LLP
One International Place - Suite 3700
Boston, MA 02110
Tel: 617-456-8000
Email: phayes@princelobel.com
Email: jfoster@princelobel.com
Email: kgannon@princelobel.com
Email: ajacobs@princelobel.com

Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
NELSON BUMGARDNER ALBRITTON P.C.
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111
Fax: (817) 377-3485

Shawn Latchford
shawn@nbafirm.com
Texas State Bar No. 24066603
NELSON BUMGARDNER ALBRITTON P.C.
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

**Attorneys for Plaintiffs**

*/s/ Jason W. Cook*
Jason W. Cook
Texas Bar No. 24028537
Shaun W. Hassett
Texas Bar No. 24074372
MCGUIREWOODS LLP
2000 McKinney Ave
Suite 1400
Dallas, TX 75201
Tel: 214-932-6400
Fax: 214-273-7483
jcook@mcguirewoods.com
shassett@mcguirewoods.com

G. Blake Thompson
Mann | Tindel | Thompson
300 West Main Street
Henderson, Texas 75652
Tel: 903-657-8540
blake@themannfirm.com

**Attorneys for Defendants**
**HUAWEI DEVICE USA, INC. AND**
**HUAWEI DEVICE CO., LTD.**

## CERTIFICATE OF SERVICE

I certify that on July 9, 2019, a copy of this document was served upon all counsel of record via the Court's CM/ECF system, in accordance with this Court's Local Rules.

*/s/ Jason W. Cook*